BOS *v.* HOLLEMAN DE WEERD AUTO CO.

MOTOR VEHICLES—SALE WITHOUT DELIVERY OF CERTIFICATE OF TITLE VOID.

Under Act No. 16, Pub. Acts 1923, a sale of an automobile without delivery to the purchaser of a certificate of title thereto was void; and since there was no consideration, the purchaser is entitled to recover the money paid, with interest.

Error to Ottawa; Cross (Orien S.), J. Submitted January 9, 1929. (Docket No. 12, Calendar No. 34,056.) Decided April 17, 1929.

Assumpsit by Henry Bos against the Holleman De Weerd Auto Company for recovery of purchase price on automobile. From judgment for defendant, plaintiff brings error. Reversed, and judgment entered for plaintiff.

*Fred T. Miles,* for plaintiff.

*Lokker & Den Herder,* for defendant.

POTTER, J. Defendant sold plaintiff an automobile on time without delivering to him a certificate of title thereto. Plaintiff used the car approximately three months, and, not being able to secure a certificate of title, returned the car to defendant and sued to recover what he had paid. There was judgment for defendant, and plaintiff brings error. The sale was void. Act No. 46, Pub. Acts 1921, as amended by Act No. 16, Pub. Acts 1923. Plaintiff was entitled to a judgment for the amount of money he had paid,

plus the interest, it having been paid without consideration.   *Endres* v. *Mara-Rickenbacker Co.*, 243 Mich. 5.

Judgment reversed, and judgment will be entered for plaintiff, with costs.

NORTH, C. J., and FEAD, FELLOWS, WIEST, CLARK, McDONALD, and SHARPE, JJ., concurred.